United States Bankruptcy Court
District of Massachusetts

In re:  Case No. 15-12006-fjb
Dennis Dellarocco  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1   User: jregan   Page 1 of 2
Date Rcvd: Mar 01, 2021   Form ID: trcl210b   Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Dellarocco, 32 Montello Street, Middleboro, MA 02346-2416 |
| 20032724 | + | U.S. Bank National Association, Nationstar Mortgage LLC, d/b/a Mr. Cooper, Attn: Bankruptcy Dept., PO Box 619096 Dallas, TX 75261-9096 |
| 20022708 | + | U.S. Bank National Association, c/o Bryan S. Fairman, Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 20357963 | + | US Bank Trust, N.A., not in its, individual capacity, c/o BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 20584960 | + | Email/Text: bknotices@snsc.com | Mar 02 2021 02:04:00 | U. S. Bank Trust National Assoc., Trustee of the Tiki Series III Trust, c/o SN Servicing Corp., 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:

**Name**   **Email Address**

Andrew Cannella
    on behalf of Creditor Deutsche Bank Trust Company Americas  as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-QS13 bkecf@bmpc-law.com

| | | |
|---|---|---|
| District/off: 0101-1 | User: jregan | Page 2 of 2 |
| Date Rcvd: Mar 01, 2021 | Form ID: trcl210b | Total Noticed: 5 |

Brian R. Lewis
    on behalf of Debtor Dennis Dellarocco brian@brianrlewis.com
    brllawoffice@gmail.com;kimberly@brianrlewis.com;reception@brianrlewis.com;lewisbr75046@notify.bestcase.com

Carolyn Bankowski-13-12
    13trustee@ch13boston.com

John Fitzgerald
    USTPRegion01.BO.ECF@USDOJ.GOV

Tatyana P. Tabachnik
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee NRZ Pass-Through Trust X bankruptcyNE@orlans.com, ttabachnik@orlans.com;ANHSOM@4stechnologies.com

TOTAL: 5

2100A
10/06

United States Bankruptcy Court
District of Massachusetts

Case number: 15−12006
Chapter: 13
Judge Frank J. Bailey

**Dennis Dellarocco**
 32 Montello Street
Middleboro, MA 02346
xxx−xx−6168
*No Known Aliases*

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TO THE PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that an assignment of Court Claim No. **4** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a *Transfer of Claim Other than for Security* in the clerk's office of this court on **3/1/2021.**

*Transferee*
**U. S. Bank Trust National Assoc.
Trustee of the Tiki Series III Trust
c/o SN Servicing Corp.
323 Fifth Street
Eureka, CA 95501**

*Transferor*
**US Bank Trust, N.A., not in its
individual capacity
c/o BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 53038**

− **DEADLINE TO OBJECT TO TRANSFER** −

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty−one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:3/1/21

By the Court,

Joan M. Regan
Deputy Clerk
617−748−5342